## Curtis L. WRIGHT, Plaintiff—Appellant,

v.

William SONDERVAN, Commissioner and Former Commissioner of Maryland Division of Corrections, sued in his individual and official capacity; Patricia Allen, Deputy Commissioner of Maryland Division of Corrections, sued in her individual and official capacity; Thomas Corcoran, Former Warden of the Maryland Correctional Adjustment Center, sued in his individual and official capacity; Sewall Smith, Warden of the Maryland Correctional Adjustment Center, sued in his individual and official capacity, Defendants—Appellees.

No. 04–7910.

United States Court of Appeals, Fourth Circuit.

Submitted: March 25, 2005.

Decided: April 21, 2005.

Curtis L. Wright, Appellant pro se.

John Joseph Curran, Jr., Attorney General, Phillip Michael Pickus, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAMS, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curtis L. Wright appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. *See Wright v. Sondervan*, No. CA–03–3378–WDQ (D. Md. filed Nov. 3, 2004; entered Nov. 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*